# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shannon, Brendan L. | U.S. Bankruptcy Court for the District of Delaware | 07/23/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge, Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

824 Market Street
Wilmington, DE 19801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | National Bankruptcy Conference |
| 2. | Member | Delaware Council for Economic Education |
| 3. | Member | Judicial conference of the United States, Committee on Administration of the Bankruptcy System |
| 4. | Adjunct faculty member | St. John's University School of Law |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 07/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | St. Johns University; salary for teaching graduate clasess at law school as adjunct professor | $7,000.00 |
| 2. | 2017 | National Conference of Bankruptcy Judges | $6,000.00 |
| 3. | 2017 | Rental income from mixed use property | $3,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | St. Johns School of Law | 3/30/17-4/1/17 | New York, NY | Educational activities | food, transporation, lodging |
| 2. | Federal Judicial Conference | 4/19/17-4/21/17 | Lancaster, PA | Circuit judicial conference | food, transportation, lodging |
| 3. | American Bankruptcy Institute | 5/18/17 | New York, NY | Educational seminar | food, transportation |
| 4. | Administrative Office of the Courts | 6/6/17-6/8/17 | Boston, MA | Meeting | food, transportation, lodging |
| 5. | St. Johns School of Law | 9/21/17-9/23/17 | New York, NY | Educational seminar | food, transportation, lodging |
| 6. | Administrative Office of the Courts | 11/14/17 | Philadelphia, PA | Meeting | food, transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Shannon, Brendan L.** | 07/23/2018 |

| 7. | National Bankruptcy Conference | 11/9/17-11/10/17 | Washington, D.C. | Educational seminar | food, transporation, lodging |
| --- | --- | --- | --- | --- | --- |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 07/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T Bank | A | Interest | J | T | | | | | |
| 2. Vanguard Prime Money Market Investor CL | A | Int./Div. | L | T | | | | | |
| 3. Vanguard Intermediate Term Tax Exempt Fund, Admiral CL (VWIUX) | E | Int./Div. | N | T | | | | | |
| 4. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 5. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 6. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 7. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 8. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 9. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 10. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 11. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 12. | | | | | Buy (add'l) | 11/30/17 | J | | |
| 13. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 14. Vanguard Health Care Admiral CL | E | Int./Div. | M | T | | | | | |
| 15. | | | | | Buy (add'l) | 03/28/17 | J | | |
| 16. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 17. Vanguard Total International Stock Index Fund, Adminral CL | F | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 19. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 20. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 21. Vanguard Total Stock Market Index Fund, Admiral CL | D | Dividend | O | T | | | | | |
| 22. | | | | | Buy (add'l) | 03/23/17 | J | | |
| 23. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 24. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 25. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 26. Vanguard Prime Money Market Fund, IRA | A | Dividend | K | T | | | | | |
| 27. Vanguard Diversified Equity Inv Fund, IRA | F | Dividend | N | T | | | | | |
| 28. Vanguard Total International Stock Index Admiral Fund, IRA | D | Int./Div. | K | T | | | | | |
| 29. Vanguard Total Bond Market Index Admiral Fund, IRA | C | Dividend | L | T | | | | | |
| 30. Fidelity Contrafund | C | Dividend | L | T | | | | | |
| 31. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 32. Fidelity Low Priced Stock Fund | D | Dividend | M | T | | | | | |
| 33. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 34. | | | | | Buy (add'l) | 12/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Low Priced Stock Fund, IRA | D | Dividend | K | T | | | | | |
| 36. Fidelity 529 Education Account 2018 Fidelity Funds (age based) | D | Int./Div. | L | T | | | | | |
| 37. | | | | | Sold (part) | 01/13/17 | J | | |
| 38. | | | | | Sold (part) | 09/11/17 | J | | |
| 39. Fidelity 529 Education Account 2018 Fidelity Funds(age based) | D | Int./Div. | L | T | | | | | |
| 40. | | | | | Sold (part) | 07/17/17 | K | | |
| 41. Fidelity 529 Education Account 2021 Fidelity Funds (age based) | D | Int./Div. | M | T | | | | | |
| 42. Rental and vacation property in Monroe County, PA | C | Rent | N | W | | | | | |
| 43. Vanguard Prime Money Market Investor CL (VMMXX) | A | Dividend | K | T | | | | | |
| 44. | | | | | Sold (part) | 02/06/17 | J | | |
| 45. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 46. | | | | | Buy (add'l) | 05/01/17 | K | | |
| 47. | | | | | Sold (part) | 05/02/17 | J | | |
| 48. | | | | | Sold (part) | 06/21/17 | J | | |
| 49. | | | | | Sold (part) | 07/27/17 | J | | |
| 50. Vanguard Diversified Equity Investor CL, IRA (Traditional) | D | Int./Div. | L | T | | | | | |
| 51. | | | | | Buy (add'l) | 04/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 53. Vanguard Diversified Equity Investor CL, IRA (Rollover) | D | Int./Div. | L | T | | | | | |
| 54. | | | | | Sold (part) | 04/12/17 | J | | |
| 55. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 56. Fidelity Contrafund IRA | D | Dividend | L | T | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 07/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please be advised that Vanguard Investments changed the names of some of our investment accounts on April 12, 2017. The account previously reported as Vanguard Prime Money Market Fund is now called Vanguard Prime Money Market Investor CL (VMMXX). The account previously reported as Vanguard Intermediate Term Tax Exempt Fund, Admiral Shares is now called Vanguard Intermediate Term Tax Exempt Admiral CL (VMIUX). The account previously reported as Vanguard Health Care Fund is now called Vanugard Healthcare Admiral CL (VGHAX). The account previousIly reported as Vanguard Total International Stock Index Fund, Adminral Shares is now called Vanguard Total International Stock Index Admiral CL (VTIAX). The account previously reported as Vanguard Total Stock Market Index Fund, Admiral Shares is now called Vanguard Total Stock Market Index Admiral CL (VTSAX).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brendan L. Shannon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544